# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

Nos. 15-4053, 15-4094 & 15-4095
_____


UNITED STATES OF AMERICA

v.

BINYAMIN STIMLER,

Appellant in No. 15-4053


UNITED STATES OF AMERICA

v.

JAY GOLDSTEIN a/k/a Yaakov

JAY GOLDSTEIN,

Appellant in No. 15-4094


UNITED STATES OF AMERICA

v.

MENDEL EPSTEIN,

Appellant in No. 15-4095


Before:  CHAGARES, RESTREPO and ROTH, <u>Circuit Judges</u>

**O R D E R**

By letter dated July 7, 2017, Counsel for Appellee has advised of factual errors contained within the opinion. Upon consideration of counsel's letter, the Court has determined that an amended opinion will be issued. The amendment does not alter the Court's judgment previously entered on July 7, 2017.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: July 17, 2017

kr/cjg/cc: All Counsel of Record